## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| Nationwide Mutual Insurance Company, | Court File No.: 0:25-cv-03391-LMP-DLM |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING NATIONWIDE MUTUAL INSURANCE COMPANY'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS NICHOLAS ALDERINK AND KRISTEN ALDERINK** |
| ACM, L.L.C., Nicholas Alderink, and Kristen Alderink, | |
| Defendants. | |

This matter came before the Court on Plaintiff Nationwide Mutual Insurance Company's Motion for Default Judgment. Based on the submissions of the parties, arguments of counsel, and the record in this matter:

1. Nationwide Mutual Insurance Company's Motion is GRANTED;

2. Plaintiff Nationwide Mutual Insurance Company is entitled to judgment against defendant Nicholas Alderink and defendant Kristen Alderink, for damages sustained as a result of defendant Nicholas Alderink's and defendant Kristen Alderink's breach of their indemnity obligations under the General Agreement of Indemnity, executed on May 18, 2023;

3. Defendant Nicholas Alderink and defendant Kristen Alderink are ordered to post collateral with Plaintiff Nationwide Mutual Insurance Company in the amount of $426,609.00;

4. Defendant Nicholas Alderink and defendant Kristen Alderink are ordered to pay Plaintiff Nationwide Mutual Insurance Company's attorney fees and costs, in the amount of $21,359.97.

IT IS SO ORDERED.

BY THE COURT:

Dated: _____

_____
Honorable Judge Douglas L. Micko
United States Magistrate Judge